[NOT FOR PUBLICATION–NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals

## For the First Circuit

---

No. 01-1994

ANDREW MINTZ AND MARY MINTZ,

Plaintiffs, Appellants,

v.

SEARS ROEBUCK & CO. AND
HABAN MANUFACTURING, INC.,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Rya W. Zobel, U.S. District Judge]

---

Before

Selya, Circuit Judge,
Campbell, Senior Circuit Judge,
and Lynch, Circuit Judge.

---

Andrew Mintz and Mary Mintz on brief pro se.
David A. Barry, Christine M. Netski, William J. Fidurko, and Sugarman, Rogers, Barshak & Cohen, P.C., on brief for appellee, Sears, Roebuck and Co., and Clark W. Yudysky and Toomey & Yudysky, LLP on brief for appellee, Haban Manufacturing, Inc.

---

**April 17, 2002**

**Per Curiam**. After carefully reviewing the briefs and record on appeal, we _affirm_ substantially for the reasons stated by the district court. The purported design defect was not relevant given the deposition testimony that the snow-thrower had been operated in a raised position. However, even if the defect were relevant, Appellant Andrew Mintz could not establish that it caused his injury.

_Affirmed_. Loc. R. 27 (c).